**Opinion issued November 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00836-CV

————————————

**JUAN MUNOZ, Appellant**

**V.**

**KATOEN NATIE GULF COAST, INC., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-05304**

---

## MEMORANDUM OPINION

Appellant, Juan Munoz, filed a notice of appeal from the trial court's September 23, 2025 order granting the matter-of-law and no-evidence motion for final summary judgment of appellee, Katoen Natie Gulf Coast, Inc. On October 13, 2025, appellant filed a letter notifying the Court that the trial court had vacated its

September 23, 2025 order and requesting that the appeal "be dismissed." We construe appellant's October 13, 2025 letter as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred with appellee regarding the merits of the motion and whether appellee is opposed to the requested relief. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has opposed the relief requested by appellant's motion. *See* TEX. R. APP. P.10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.